G. Mark SEALS, Plaintiff—Appellant,

v.

NATIONAL STUDENT LOAN PRO-
GRAM, a Nebraska Corporation; Illi-
nois Student Assistance Commission,
an Illinois Corporation; Maximus
Collection Center, a Michigan Corpo-
ration; American Education Services,
Pennsylvania Higher Education Assis-
tance Agency, a Pennsylvania Corpo-
ration; Sallie Mae Servicing Corpora-
tion, a Pennsylvania Corporation;
Nco Financial Systems, Incorporated,
Defendants—Appellees.

No. 04–2182.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2005.

Decided: March 22, 2005.

G. Mark Seals, Appellant pro se.

Steven Leftridge Thomas, Kay, Casto &
Chaney, Charleston, West Virginia; David
M. Thomas, Kay, Casto & Chaney, Mor-
gantown, West Virginia; Jacon Swartly,

Legal Services Division, Harrisburg, Pennsylvania; William Scott Adams, Maccorkle, Lavender, Casey & Sweeney, Pllc, Morgantown, West Virginia, for Appellees.

Before: WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

G. Mark Seals appeals the dismissal of his civil action alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692–1692o (2000), and the West Virginia Consumer Credit Protection Act ("WVCCPA"), W. Va.Code § 46A–2–125 (1999). We have reviewed the record and the district court's memorandum opinions and orders granting Defendants' motions to dismiss and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Seals v. National Student Loan Program,* No. CA–02–101–5 (N.D.W. Va. Oct. 8, 2003; Aug. 16, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*